

instant case. Appellant's right to appeal was not in any way prejudiced by the trial court's delay in determining the motion, since there was no right of appeal under the statute as it existed when the motion was made. Appeal from order dated April 10, 1953, dismissed. The order was vacated by the terms of the resettled order. Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ., concur.

## (December 16, 1953.)

■

In the Matter of the Application of BERTRAM R. CRANE for Admission to Practice as an Attorney. (From the State of Massachusetts.) — Application granted. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ.

## (December 21, 1953.)

■

JANICE BERGER, Respondent, v. CASCADE LAUNDRY, Appellant.— Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs, and without prejudice to an application in the proper court for leave to amend the notice of appeal. (*Kalish* v. *Belmont Motors*, 280 App. Div. 824; *Vesper* v. *Callahan*, 276 App. Div. 784.) Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

■

SONYA GUSSMAN et al., Respondents, v. GARBO REALTY CORP., Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ.

■

ARTHUR E. KNAPP et al., Appellants, v. WALTER FASBENDER, Individually and as Supervisor of the Town of Huntington, et al., Respondents, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See *ante*, p. 882.]

■

HENRY OTT, Respondent, v. METROPOLITAN JOCKEY CLUB, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. The following questions are certified: 1. Was the order of the Special Term, entered May 25, 1951, properly made? 2. Was the order of this court, entered November 2, 1953, properly made? Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See *ante*, p. 946.]

■

MARGARET L. POHL, Respondent, v. ELSA S. ZUCKERMAN et al., Appellants.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ. Motion for reargument denied, without costs. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See *ante*, p. 889.]